LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| SHAPIRO-GILMAN-SHANDLER CO., INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br><br>SUPER IRVINE, INC., a corporation; MOHAMMAD ARIARAD, an individual; ALI ARYARAD, an individual; SU ARYARAD, an individual,<br><br>Defendants | CASE NO. SACV-14-0102 DOC(RNBx)<br><br><br><br><br>**JUDGMENT PURSUANT TO STIPULATION [13]** |

Having read and considered the Stipulation for Entry of Judgment entered into between Plaintiff SHAPIRO-GILMAN-SHANDLER CO., INC. and Defendants SUPER IRVINE, INC., MOHAMMAD ARIARAD, and ALI ARYARAD, ("Stipulation") and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

1

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff SHAPIRO-GILMAN-SHANDLER CO., INC. and against Defendants SUPER IRVINE, INC., MOHAMMAD ARIARAD, and ALI ARYARAD, jointly and severally, in the total amount of $79,329.17 (itemized as $72,363.16 in principal, plus $4,977.00 in attorney's fees, and $1,589.01 in interest charges calculated at the annual rate of 5% from the date each invoice became due through January, 29, 2014 and $400 in costs), all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*.]

Plaintiff shall be entitled to receive post-judgment finance charges at the rate of 5% annually on all unpaid principal sums until fully paid.

The Clerk shall enter judgment forthwith.

DATED: February 12, 2014

_David O. Carter_
HON. DAVID O. CARTER,
JUDGE, U.S. DISTRICT COURT

2